UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LUIS RODRIGUEZ-VASQUEZ,<br><br>Defendant. | CASE NO.:   3:22-cr-00562-JLS<br><br>ORDER GRANTING JOINT MOTION TO CONTINUE MOTION HEARING/TRIAL SETTING |

Upon joint motion of the parties, **IT IS HEREBY ORDERED** that Mr. Rodriguez-Vasquez's Motion Hearing/Trial Setting, currently scheduled for April 15, 2022, be rescheduled to ***May 13, 2022, at 1:30 p.m***. For the reasons set forth in the joint motion, it is further ordered that time should be excluded in the interests of justice. See 18 U.S.C. § 3161(h)(7)(A).

**SO ORDERED.**

Dated: April 12, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge